JOHN WARD ET AL. *v.* EDWARD J. LORENSON ET AL.

The motion dated March 9, 1970, by the third-party plaintiff Edward J. Lorenson to dismiss the appeal of the third-party defendant Great American Insurance Companies from the Court of Common Pleas in New Haven County is granted.

The motion dated October 19, 1973, by the third-party plaintiff Edward J. Lorenson to dismiss the appeal of the third-party defendant Great American Insurance Companies from the Court of Common Pleas in New Haven County is granted.

*Dennis L. Pieragostini,* for the appellee (third-party plaintiff Edward J. Lorenson).

*John H. Anderson,* for the appellant (third-party defendant Great American Insurance Companies).

Argued December 4—decided December 4, 1973

STATE OF CONNECTICUT *v.* JOHN RALLS

The defendant's motion for permission to file type-written briefs in the appeal from the Superior Court in New Haven County is denied.

*John R. Williams,* special public defender, in support of the motion.

Submitted November 8—decided December 4, 1973

MARY FITZGERALD ET AL. *v.* PLANNING AND ZONING COMMISION OF THE CITY OF WEST HAVEN ET AL.

The petition by the defendants Herbert Small and Robert W. Bailey for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Robert P. Burns* and *Louis S. Votto,* in support of the petition.

*John A. Oliva,* in opposition.

Submitted November 8—decided December 4, 1973